UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
www.flsb.uscourts.gov

In re:

US CAPITAL/FASHION MALL, LLC, et al.,[1]

    Debtors.
_____/

KENNETH A. WELT, Chapter 7 Trustee,

v.

ZHE JIANG a/k/a JERRY JIANG, an individual,

    Defendant.
_____/

CASE NO. 14-32819-BKC-JKO

CHAPTER 7

(Jointly Administered)

16-1576

ADV. NO. 16-_____-BKC-JKO-A

**ANSWER**

Defendant, Zhe Jiang, Pro Se, hereby submits this Answer to the Complaint on file herein, and alleges and avers as follows:

1. Answering paragraphs 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 14 through 15, 18, 28 and 29 of the Complaint, Defendant ADMITS each and every allegation contained therein.

2. Answering paragraphs 4, 12, 13, 17, 24, 25 and 30 of Plaintiff's Complaint, Defendant DENIES each and every allegation contained therein.

3. Answering paragraphs 16, 20, 21, 22, 23, 26, 27, 31, 32, 34, 35 of Plaintiff's Complaint, Defendant states that Defendant does not have sufficient knowledge or information upon which to base a belief as to the truth of the allegation contained therein and therefore Defendant DENIES each and every allegation contained therein.

4. Answering paragraphs 12, 13 of the Plaintiff's Complaint, Defendant STATES Defendant was employed by the Debtors as an assistant to the CEO, his job includes English/Chinese translation/interpretation of documents, communications for the

CEO, investors and shareholders of the company. The title "Vice President" in the Severance Agreement was never recognized in any corporate document of the Debtor; he was not listed as an officer; he was not a member of the debtor, either, he had no control over the Debtor. The Defendant was not an insider.

5. Answering paragraph(s) 19 of the Plaintiff's Complaint, Defendant STATES that a spread sheet of the breakdown is as follows:

| US Capital Holdings LLC | |
|---|---|
| Unpaid Salary (Oct 1 -14) | $ 2,641.54 |
| Severance | $ 102,675.00 |
| | $ 105,316.54 |

WHEREFORE, this Answering Defendant prays that this Honorable Court will dismiss the Complaint with prejudice based upon the admissions and denials if any, as alleged above herein; and award Defendant such other and further relief as the Court deems just and equitable.

DATED this 10th day of November, 2016,

_[signature]_

Defendant Pro Se