

ORDERED in the Southern District of Florida on January 12, 2017.

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **CASE NO. 14-32819-BKC-JKO** |
| | **CHAPTER 7** |
| **US CAPITAL/FASHION MALL, LLC, et al.,**[1] | **(Jointly Administered)** |
| Debtors. | |
| _____/ | |
| **KENNETH A. WELT, Chapter 7 Trustee,** | **ADV. NO. 16-01576-BKC-JKO-A** |
| v. | |
| **ZHE JIANG a/k/a JERRY JIANG, an Individual,** | |
| Defendant. | |
| _____/ | |

**ORDER CONTINUING PRETRIAL CONFERENCE AND EXTENDING
<u>RELATED PRETRIAL DEADLINES</u>**

---

[1] The Debtors in these jointly administered cases are (i) US Capital/Fashion Mall, LLC (Case No. 14-32819-BKC-JKO); (ii) US Capital Holdings, LLC (Case No. 14-32822-BKC-JKO); and (iii) Mapuche, LLC (Case No. 14-32827-BKC-JKO).

**THIS MATTER** came before the Court on January 11, 2017 at 9:30 a.m. for Pretrial and the Court having reviewed the record in this case and being otherwise duly advised in the premises, it is

**ORDERED**, as follows:

1. The Pretrial Conference is hereby continued to April 26, 2017 at 9:30 a.m. at the United States Bankruptcy Court, 299 E. Broward Blvd., Courtroom 301, Ft. Lauderdale, FL 33301

2. The corresponding pretrial deadlines are extended accordingly to coincide with the continued Pretrial Conference.

3. This Order is without prejudice to the parties seeking further extensions of the pretrial conference in this matter or any of the pretrial deadlines.

###

**Submitted by:**

Michael L. Schuster, Esq.
*Counsel for the Plaintiff*
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel: (305) 349-2300
Fax: (305) 349-2310
Email: mschuster@gjb-law.com

[Attorney Schuster shall serve a copy of this Order to all interested parties and file a certificate of service]