**ORDERED in the Southern District of Florida on May 9, 2017.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

**In re:** **CASE NO. 14-32819-BKC-JKO**

**CHAPTER 7**

**US CAPITAL/FASHION MALL, LLC, et al.,**[1] **(Jointly Administered)**

**Debtors.**
**_____________________________________________/**

**KENNETH A. WELT, Chapter 7 Trustee,** **ADV. NO. 16-01576-BKC-JKO-A**

**v.**

**ZHE JIANG a/k/a JERRY JIANG, an Individual,**

**Defendant.**
**_____________________________________________/**

---

[1] The Debtors in these jointly administered cases are (i) US Capital/Fashion Mall, LLC (Case No. 14-32819-BKC-JKO); (ii) US Capital Holdings, LLC (Case No. 14-32822-BKC-JKO); and (iii) Mapuche, LLC (Case No. 14-32827-BKC-JKO).

**AGREED ORDER DISMISSING ADVERSARY PROCEEDING AS SETTLED**

**THIS MATTER** came before the Court upon the agreement of the parties to dismissal of this adversary proceeding. It has been brought to the attention of the Court that the parties in the above-referenced Adversary Proceeding have reached a settlement. Therefore, based on the record, it is:

**ORDERED** that the above-referenced Adversary Proceeding is **DISMISSED WITH PREJUDICE AS SETTLED**. The Court reserves jurisdiction to enforce the Settlement, which was authorized by prior order of the Court in the main bankruptcy proceeding. The parties shall bear their own attorney's fees and costs.

###

**Submitted by:**
Michael L. Schuster, Esq.
GENOVESE JOBLOVE & BATTISTA, P.A.
*Counsel for Plaintiff/Trustee*
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone No. (305) 349-2300
Facsimile No. (305) 349-2310
mschuster@gjb-law.com

**Copies furnished to:**
Michael L. Schuster, Esq.

(Attorney Schuster is directed to serve a copy of this Order upon all parties in interest and file a certificate of service with the Court)